UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DORRIS OFFEI,

                Plaintiff,

     - against -

MAHMOUD ABDEL-SALAM OMAR,

                Defendant.
------------------------------------------------------------X

**ORDER**
11 Civ. 4283 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On November 2, 2011, Magistrate Judge Michael H. Dolinger held an inquest on damages and on May 18, 2012 he recommended that judgment be entered against defendant and in favor of plaintiff in the amount of $250,000.00 in compensatory damages and $100,000.00 in punitive damages. Neither party has filed objections to his Report and Recommendation [Docket No. 26] and the time to do so has expired. Having reviewed it, I now adopt it in full. Judgment is entered in the sum of $250,000.00 in compensatory damages and $100,000.00 in punitive damages.

1

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         June 8, 2012

**-Appearances-**

**For Plaintiff:**

John Grill, Esq.
O'Connor Red LLP
200 Mamaroneck Avenue
Second Floor
White Plains, NY 10601
(914) 686-1700